UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN E. VILLALTA SALAZAR,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY ROBBINS ET AL,<br><br>Respondent. | Case No. 2:25-cv-05473-VBF (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Amended Petition and **ORDERING** Respondents not to detain Petitioner unless and until he is afforded a hearing before a neutral adjudicator on whether a change in custody is justified by a material change in circumstances.

Dated: March 30, 2026

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge