JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN E. VILLALTA SALAZAR, | Case No. 2:25-cv-05473-VBF (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| TIMOTHY ROBBINS ET AL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that the Amended Petition is **GRANTED**.  Respondents are ordered not to detain Petitioner unless and until he is afforded a hearing before a neutral adjudicator on whether a change in custody is justified by a material change in circumstances.

Dated: March 30, 2026



_____

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge